**CERTIFICATE OF SERVICE**

I hereby certify that on **August 14, 2014** I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: James F. Hurst, Bryna Joyce Roth Dahlin, Joseph Laurence Motto, Marissa Stephanie Ronk, Matthew William Francis Poplawski, Nicole E. Wrigley, Scott M. Ahmad, Scott P. Glauberman, Thomas James Frederick, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

s/ David Ratner